**P E T E R  J.  S C H A F F E R**
ATTORNEY AT LAW
184 EAST 161ST STREET, 2ND FLOOR
BRONX, NEW YORK 10451

FAX (718) 585-4446                    TEL. NO. (718) 585-4444                    SCHAFFER1LAW@AOL.COM

**Via E-file only**

May 17, 2007

Hon. Stephen C. Robinson
United States District Judge
U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: United States v. Jose Vasquez          7:07-cr-421 (SCR)

Dear Judge Robinson:

I represent Jose Vasquez in the above-referenced matter which is pending before your Honor and is scheduled for a pre-trial conference on June 16, 2007.

Please be advised that the defendant Jose Vasquez hereby waives those rights accorded to him by the Speedy Trial Act of 1974, 18 U.S.C. §3161 et seq. for the time period between May 16, 2007 and June 16, 2007.

Defendant further requests that the Court find that the requested continuance of this matter is in the best interest of the defendant and outweighs the public interest in a speedy trial/disposition, and that the Court find that all time between May 16, 2007 and June 16, 2007 is excluded for speedy trial purposes.

Sincerely yours,

Peter J. Schaffer

cc: Marcia S. Cohen, AUSA