*United States District Court*
*Southern District of New York*

United States Of America,

vs.

Defendant.

JOSE VASQUEZ

**CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE
JUDGE ON A FELONY PLEA ALLOCUTION**

*U.S. FILED COURT
JUN 1 4 2007
S.D. OF N.Y.*

Docket ___07CR 421 (SCR)___

The undersigned defendant, advised by my undersigned attorney, consents to a United

States Magistrate Judge presiding over the Proceedings required by Rule 11, Fed R. Crim.P.,for

me to enter a plea of guilty in my case, or to change my plea, if one has previously been

made,from not guilty to guilty, in accordance with the Standing Order of the assigned United

States District Judge under Miscellaneous Docket M 10-468. I understand that if my plea is

accepted, my sentencing will take place before the United States District Judge who is assigned,

or who is to be assigned, to my case.

I understand that I have the absolute right to insist that all Rule 11 proceedings be conducted

before an Article III Judge, and hereby represent and confirm to the Magistrate Judge that no

promises, or other improper inducements, have been made to cause me to consent to this

procedure, and that I do so voluntarily.

**IN WITNESS WHEREOF** we have executed this consent this __14__ day

of __JUNE__, 2007, at the White Plains Courthouse, White Plains, NY

X _____          X _____
DEFENDANT                              ATTORNEY FOR DEFENDANT

_____
MARK D. FOX
U.S. MAGISTRATE JUDGE, S.D.N.Y.

MARK D. FOX
United States Magistrate Judge
Southern District of New York

